# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00327-MR-WCM

| | | |
|---|---|---|
| **WILLIAM BRICKLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **FEDERAL AVIATION ADMINISTRATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on November 1, 2021. [Doc. 1]. On November 8, 2021, the Court entered an Order, concluding that the Complaint was subject to dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. 3 at 4-5]. The Court gave the Plaintiff thirty (30) days to file an amended complaint addressing the deficiencies identified in the Court's Order. [Id. at 5]. The Plaintiff was specifically warned that failure to file an amended complaint would result in the dismissal of this action without prejudice. [Id.].

More than thirty (30) days has passed since the entry of the Court's Order, and the Plaintiff has failed to amend his Complaint. As the Court

previously noted [Doc. 3 at 4], the Plaintiff's Complaint fails to allege a plausible claim for relief against the United States. Accordingly, the Plaintiff's Complaint is hereby dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: December 17, 2021

Martin Reidinger
Chief United States District Judge